IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ALEXIS OMAR ORTIZ CABRERA | : | No. 18-304-01 |

## ORDER

**AND NOW,** this 4th day of February, 2021, upon consideration of Alexis Omar Ortiz Cabrera's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 82) and the Government's Response in Opposition (Doc. No. 84), it is **ORDERED** that the Motion (Doc. No. 82) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1